UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IKON Office Solutions, Inc.,
a corporation,

Plaintiff,

v.

Robert J. Dale, William J. Dale,
Terry R. Nissen, and
Computer Business Solutions, Inc.

Defendants.

**STIPULATION AND PROTECTIVE ORDER**

Court File No. 01-CV-286 DSD/SRN

---

Plaintiff, IKON OFFICE SOLUTIONS, INC., and Defendants, ROBERT J. DALE and COMPUTER BUSINESS SOLUTIONS, INC., recognize that in the course of discovery proceedings it may be necessary to disclose to the opposing party certain confidential information, but each party wishes to ensure such information shall not be used for any purpose other than this action, and shall not be used for any purpose other than this action, and shall not be made public or be otherwise disseminated, beyond the extent necessary for purposes of this action.

**IT IS HEREBY STIPULATED AND ORDERED** that the following procedure shall be adopted for the protection of confidential and proprietary information:

**Definition**

1. CONFIDENTIAL INFORMATION means any document or thing designated by a party in good faith as confidential.

MAR 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

**Designation of Information**

2. Any CONFIDENTIAL INFORMATION which a party wishes to be made subject to this Protective Order shall be designated and/or marked "CONFIDENTIAL"at the time it is turned over to the receiving party.

3. If any CONFIDENTIAL INFORMATION is included with or the content thereof is in any way disclosed in any pleading, motion, deposition transcript, or other paper filed with the court, such documents and related materials shall be filed in sealed envelopes prominently marked with the caption of this case, the identity of the party filing the envelope and the notation:

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

THIS ENVELOPE IS NOT TO BE OPENED NOR THE
CONTENTS THEREOF DISPLAYED, COPIES OR REVEALED,
EXCEPT BY COURT ORDER OR BY AGREEMENT OF THE PARTIES

**Use of CONFIDENTIAL INFORMATION**

4. CONFIDENTIAL INFORMATION shall be maintained in confidence according to the terms of this Order, may be disclosed only as provided in paragraphs 5 and 6 and shall be used solely in the preparation, prosecution or trial of this action.

5. CONFIDENTIAL INFORMATION may be disclosed to the court and its officers and to the following counsel, including their necessary support personnel:

(a) For IKON, the firm of DUANE, MORRIS & HECKSCHER LLP;

(b) For Computer Business Solutions, Inc., and Robert J. Dale, et al., the firm of NICHOLS KASTER & ANDERSON PLLP.

6. CONFIDENTIAL INFORMATION may be disclosed to individuals and to employees of a party assisting counsel in the preparation of this action. Before any disclosure of CONFIDENTIAL INFORMATION of another party is made to an individual employed by counsel for assistance in the preparation, prosecution or trial of this action, such individual shall be furnished with a copy of this Protective Order and shall execute a written statement under oath, in the form appended hereto as Exhibit A, acknowledging that he or she is familiar with the provisions of this Protective Order and will abide by them, and such statement shall be kept by the employing for reference should such be necessary. Each outside individual who is known to be an employee or agent of or consultant to any third party competitor of the party whose CONFIDENTIAL INFORMATION is sought to be disclosed to such individual shall be identified to the other party prior to making any such disclosure in sufficient time (not less than one (1) week) for such party to object and to seek further protection should it deem that necessary. If such party objects, no disclosure shall be made to such individual until the matter is resolved.

**Information Designated Improperly**

7. The restrictions set forth in any of the preceding paragraphs shall not apply to:

(a) any information which at the time of disclosure is available to the public; and

(b) any information which after disclosure becomes available to the public through no act, or failure to act, on behalf of the receiving party, its counsel or independent consultant.

8. In the event of any dispute with respect to the propriety or correctness of the designation of information, including testimony and documents, as CONFIDENTIAL INFORMATION, the parties shall attempt to resolve the dispute by negotiation. If such

negotiations fail to resolve the dispute, any party wishing to challenge the designation may file a motion for an appropriate order. The information shall be treated as confidential until the issue is resolved.

9. No party shall be obligated to challenge the propriety or correctness of the designation or information as CONFIDENTIAL INFORMATION and a failure to do so shall not preclude a subsequent challenge to such status. The burden of proof with respect to the propriety or correctness in the designation of information as CONFIDENTIAL INFORMATION shall rest on the designating party, except that the burden of proving the exceptions set forth in paragraph 7 shall rest on the party asserting the exceptions.

10. If a party inadvertently discloses any document or thing containing information that it deems confidential without designating it as CONFIDENTIAL INFORMATION, the disclosing party shall promptly upon discovery of such inadvertent disclosure inform the receiving party in writing and the receiving party shall thereafter treat the information as CONFIDENTIAL INFORMATION under this Order. To the extent such information may have been disclosed to persons other than authorized persons described in this document, the receiving party shall make every reasonable effort to retrieve the information promptly from such persons and to avoid any further disclosure to non-authorized persons.

11. Promptly upon completion of the litigation, each party shall return or destroy all documents designated by the other party as CONFIDENTIAL INFORMATION and all copies thereof and shall destroy all documents and things containing information based on CONFIDENTIAL INFORMATION for record purposes only.

12. Each of the firms and parties named above, by executing a copy of this Protective Order, undertakes to abide by and be bound by its provisions and to use due care to see its provisions are known and adhered to by those under its supervision or control.

FOR PLAINTIFF:

DUANE, MORRIS & HECKSCHER LLP

By: ______________________

Thomas T. Loder, Esq.
Lawrence H. Pockers, Esq.
One Liberty Place
Philadelphia, PA 19103
(215) 979-1246
(610) 408-7216

FOR DEFENDANTS:

NICHOLS KASTER & ANDERSON PLLP

______________________

John A. Fabian, III, #13482X
J. Poage Anderson, #166194
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

IT IS SO ORDERED this 26th day of March, 2001.

______________________

Susan Richard Nelson
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IKON OFFICE SOLUTIONS, INC.,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 01–286 (DSD/SRN)** |
| **v.** | : | |
| | : | |
| **ROBERT J. DALE, WILLIAM J. DALE, TERRY R. NISSEN, and COMPUTER BUSINESS SOLUTIONS, INC.,** | : | |
| | : | |
| **Defendants.** | : | |

**EXHIBIT A**

**ACKNOWLEDGMENT RE STIPULATION AND ORDER GOVERNING CONFIDENTIALITY OF DOCUMENTS AND INFORMATION**

I, ________________________, do hereby acknowledge that I have received a copy of the "Protective Order " (the "Order") that was entered in the above action pending in the United States District Court, captioned IKON Office Solutions, Inc. v. Robert J. Dale, et al. with respect to the manner in which any discovery material disclosed or made available to me by any party in the course of this Action is to be treated by me.

I covenant and warrant that: (i) I have read and understand the order and I hereby represent, warrant and agree that I will strictly abide by the Order; (ii) I will not use or disclose the information or documents disclosed to me in connection with this Action other than in connection with the prosecution or defense of this Action; (iii) upon the final resolution of the Action, I will return any and all such information and documents, and all copies or other reproductions thereof, in any form, to the person or persons from whom I have received them;



RECEIVED MAR 0 5 2001

and (iv) I will not retain any such information or documents, nor any copies, computerized records or other reproductions thereof in any form following such final resolution of the Action.

Dated this ____ day of ____________, 2001.

______________________________

PH2\414839.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.