UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IKON Office Solutions, Inc.,
a corporation,

Plaintiff,

v.

Robert J. Dale, William J. Dale,
Terry R. Nissen, and
Computer Business Solutions, Inc.,

Defendants.

**ORDER**

Court File No. 01-CV-286 DSD/SRN

---

The above-entitled matter came on for hearing before the Honorable Susan Richard Nelson, United States Magistrate Judge, on the 13th day of March, 2002, at 9:30 a.m., at the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota, on Defendants' Motion to Compel Discovery. Defendants were represented by John A. Fabian, Nichols Kaster & Anderson, PLLP, 4644 IDS Center, 80 South 8th Street, Minneapolis, MN 55402 and Plaintiff was represented by Chad W. Strathman, Littler Mendelson, P.C., 33 S. Sixth Street, Minneapolis, MN 55402.

After having reviewed all of the files, records, and proceedings herein, the Court makes the following **Order**:

Defendants' Motion to Compel Discovery is **GRANTED** in the following respects:

1. Plaintiff shall answer Defendants' Interrogatory No. 5 (Set II).

2. With respect to Defendants' Request for Production of Documents Request Nos. 17-20 (Set II), Plaintiff shall produce documents, to the extent available, (which may be in summary form) sufficient to demonstrate Plaintiff's sale of Minolta

MAR 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

digital copiers, analog copiers, photocopy machines and related products and services for the time period from 1998 until June 1, 2001, in the geographical area identified in the Requests.

3. With respect to Defendants' Request for Production of Documents Request No. 29 (Set II), in lieu of producing the requested contracts, Plaintiff shall have the option of producing a listing, to the extent available, of all IKON contracts for the sale and/or servicing of Minolta, Konica, Canon, Sharp and Toshiba digital printers/copiers and analog copiers for the period 1998 until June 1, 2001, for the geographical area identified in the Request. The listing shall include the date and duration of the contract, whether the contract was for the sale/lease and/or maintenance of the particular machine and the make and model of the machine.

4. With respect to Request No. 32, Plaintiff is not required to produce documents in response to this request at this time. Defendants will determine whether this discovery is needed after reviewing Plaintiff's responses to the discovery set forth above. In the event Defendants determine that further discovery is needed, they shall meet and confer with Plaintiff in an attempt to resolve the discovery issues. If Defendants and Plaintiff are unable to resolve the discovery issues pertaining to Request No. 32, Defendants may submit a limited number of interrogatories to ascertain the information sought in Request No. 32, subject to Plaintiff's right to assert reasonable objections.

5. Plaintiff shall comply with this Order on or before April 12, 2002.

DATED: March 21, 2002

BY THE COURT:

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge