UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IKON Office Solutions, Inc.,
a corporation,

Plaintiff,

v.

Robert J. Dale, William J. Dale,
Terry R. Nissen, and
Computer Business Solutions, Inc.

Defendants.

**STIPULATION OF DISMISSAL AND ORDER**

Court File No. 01-CV-286 DSD/SRN

---

The above-entitled matter having been duly settled, compromised and adjusted: IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled action may be and hereby is dismissed upon the merits with prejudice and without costs to any party; and that the Court may enter judgment herein dismissing the above action with prejudice upon the merits without costs to any party and without notice to the parties or their attorneys.

Date: 12/23/02

NICHOLS KASTER & ANDERSON, PLLP

John A. Fabian #13482X
J. Poage Anderson #166194
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919
ATTORNEYS FOR DEFENDANTS

Date: 12/26/02

DUANE MORRIS LLP

Lawrence H. Pockers
One Libery Place
Philadelphia, PA 19103
(215) 979-1246/1153

FILED JAN - 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Jeremy D. Sosna #125660
Multifoods Tower, Suite 3970
33 South Sixth Street
Minneapolis, MN 55402
(612) 630-1000
ATTORNEYS FOR PLAINTIFF

ORDER

The foregoing Stipulation of Dismissal with Prejudice is approved by the Court; and,

IT IS HEREBY ORDERED that this matter is dismissed, upon the merits, with prejudice and without costs to any party.

Dated this 6th day of January 2003.

BY THE COURT;

______________________________
Judge of United States District Court